MICHELE POWER
SEAN BROWN
WHITNEY POWER
POWER AND BROWN, LLC
800 E. DIMOND BLVD., STE 3-395
BETHEL, ALASKA 99559
Telephone: (907) 220-9900
Facsimile: (888) 887-1146

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| LISA WIETFELD,<br><br>        Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH & SERVICES, d/b/a PROVIDENCE CHINIAK BAY ELDER HOUSE,<br><br>        Defendant. | Case No. 3:15-cv-00256 (SLG)<br><br>**NOTICE OF DISMISSAL OF COMPLAINT FOR DAMAGES BEFORE ANSWER** |
|---|---|

Plaintiff, by and through her undersigned counsel, hereby gives notice of dismissal without prejudice before answer of her Complaint against Providence Health & Services, d/b/a Providence Chiniak Bay Elder House , in this action, pursuant to Federal Civil Rule 41(a)(1).

DATED this 21st day of December, 2015, at Bethel, Alaska.

s/ Michele Power
800 E. Dimond Blvd., Ste 3-395
Bethel, Alaska 99559
Phone: (907) 222-9900
Fax: (888) 887-1146
E-mail: admin@powerbrown.com
ABA No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 21st day of December, 2015, a true and accurate copy of the foregoing document was served electronically on the person(s) listed below:

Eric T. Sanders
LAW OFFICE OF ERIC SANDERS
1127 W. 7th Avenue
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: sanders@frozenlaw.com

By: s/Michele Power

- 2 -

Case 3:15-cv-00256-SLG   Document 5   Filed 12/21/15   Page 2 of 2