# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LISA WIETFELD,<br><br>                              Plaintiff,<br>      v.<br><br>PROVIDENCE HEALTH & SERVICES, d/b/a PROVIDENCE CHINIAK BAY ELDER HOUSE,<br>                             Defendant. | Case No. 3:15-cv-00256-SLG |

## ORDER FOR DISMISSAL

Pursuant to Plaintiff's Notice of Dismissal of Complaint for Damages before Answer (Docket 5), the Court hereby ORDERS that this case is DISMISSED.

DATED this 22nd day of December, 2015 at Anchorage, Alaska.

                                                        */s/ Sharon L. Gleason*
                                                        UNITED STATES DISTRICT JUDGE